No. 2, Misc. CHANDLER, U. S. DISTRICT JUDGE *v.* JUDICIAL COUNCIL OF THE TENTH CIRCUIT OF THE UNITED STATES. Motion of Carl L. Shipley for leave to file a brief as *amicus curiae* granted. Motion to advance denied. Case set for oral argument on October 20, 1969, on motion for leave to file petition for writ of prohibition and/or mandamus. Additional briefs may be filed by the parties, and petitioner's brief, if any, is due within 60 days and that of respondent within 30 days thereafter. MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters. *Carl L. Shipley, pro se,* on motion for leave to file *amicus curiae* brief. *Thomas J. Kenan* for petitioner on motion to advance.

No. 1323, Misc. DAVIDSON *v.* CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Frederick R. Millar, Jr.,* Deputy Attorney General, for respondents.

No. 269. GUNN, SHERIFF, ET AL. *v.* UNIVERSITY COMMITTEE TO END THE WAR IN VIET NAM ET AL. Appeal from D. C. W. D. Tex. [Probable jurisdiction noted, 393 U. S. 819.] Case restored to calendar for reargument.

No. 2062, Misc. URSINI *v.* UNITED STATES;
No. 2065, Misc. GREENE *v.* NEW YORK ET AL.;
No. 2075, Misc. TIVIS *v.* UNITED STATES ET AL.;
No. 2103, Misc. SCOTT *v.* KROPP, WARDEN; and
No. 2168, Misc. CORBIN *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.